**Shannon D. Sims,** OSB#072029
ATTORNEY AT LAW
610 SW Alder, Suite 502
Portland, OR 97205
Telephone (503) 347-9635
sdslaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **EUNICE PAMFILE** | Case No.: 10-CV-772-KI |
| **Plaintiff,** | NOTICE OF DISMISSAL |
| v. | |
| **ZWICKER & ASSOCIATES, P.C.,** a Massachusetts corporation, and **DOES 1-10** | |
| **Defendants.** | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff dismisses this action with prejudice.

   /s Shannon D. Sims
Shannon D. Sims, OSB #072029
Attorney At Law
610 SW Alder, Suite 502
Portland, OR 97205
Telephone (503) 347-9635
sdslaw@gmail.com
**Attorney for Plaintiff**